TM:EAG/JDG/AL
F.#2011R00035

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

LAWRENCE GALLO,
      also known as "Larry,"

         Defendant.

- - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 1001(a)(2)
 and 3551 et seq.)

THE GRAND JURY CHARGES:

<u>MAKING A FALSE STATEMENT</u>

On or about September 1, 2010, within the Southern District of New York, the defendant LAWRENCE GALLO, also known as "Larry," did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Federal Bureau of Investigation ("FBI"), in that the defendant falsely stated to Special Agents of the FBI that he never borrowed any money from John Doe, an individual whose identity is known to the Grand

Jury, when, in fact, as he then knew, he did borrow money from John Doe.

(Title 18, United States Code, Sections 1001(a)(2) and 3551 <u>et</u> <u>seq</u>.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2

F. # 2005R01825
FORM DBD-34

CR. No.

# UNITED STATES DISTRICT COURT

*EASTERN District of NEW YORK*

## CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

LAWRENCE GALLO,
also known as "Larry",
                    Defendant.

# I N D I C T M E N T

Cr. No. _____

(T. 18, U.S.C., §§ 1001(a)(2), and 3551 et seq.).

_____
*A true bill.*

_____
                                    *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

_____
                                    *Clerk*

*Bail, $* _____

ELIZABETH GEDDES, AUSA (718) 254-6430

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1.  Title of Case:   U.S. v. Lawrence Gallo

2.  Related Magistrate Docket Number(s)   _____

    None (X)

3.  Arrest Date:   _____

4.  Nature of offense(s):  (X)   Felony
                           ( )   Misdemeanor

5.  Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
    Local E.D.N.Y. Division of Business Rules):   _____

6.  Projected Length of Trial:    Less than 6 weeks    (X)
                                  More than 6 weeks    ( )

7.  County in which crime was allegedly committed:   Kings County
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment/information been ordered sealed?       (X) Yes  ( ) No

9.  Have arrest warrants been ordered?                         (X) Yes  ( ) No

                                        LORETTA E. LYNCH
                                        UNITED STATES ATTORNEY

                            By:         _____

                                        Elizabeth A. Geddes / Allon Lifshitz
                                        Assistant U.S. Attorneys
                                        (718) 254-6430 / 6164

Rev. 3/22/01