

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG
F.#2011R00035

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 15, 2011

<u>By First Class Mail and ECF</u>

Frank Handelman, Esq.
780 Third Avenue, 4th Floor
New York, New York 10017

> United States v. Lawrence Gallo
> <u>Criminal Docket No. 11 CR 28 (BMC)</u>

Dear Mr. Handelman:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

1. <u>Statements of the Defendant</u>

On or about September 1, 2010, the defendant Lawrence Gallo made statements to an FBI agent.  A redacted copy of a report documenting those statements is enclosed.  Also enclosed is a redacted copy of another report, the non-redacted portions of which detail certain pedigree information provided by the defendant Lawrence Gallo on the date of his arrest.

2. <u>The Defendant's Criminal History</u>

A copy of a report detailing the defendant's criminal history is also enclosed.

3. <u>Documents and Objects</u>

Please find enclosed a draft transcript stipulation. Following the government's receipt of a signed stipulation, counsel will be able to obtain available transcripts related to the consensual recordings referenced in the discovery letter dated January 31, 2011.

Frank Handelman, Esq.
February 14, 2011
Page 2

        If you have further questions or requests, please do not hesitate to contact us.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By: _____
     Elizabeth A. Geddes
     Assistant U.S. Attorney
     (718) 254-6430

Enclosures

cc: Clerk of Court (BMC) (w/o enclosures)